MELVIN S. EVANS *ET AL.*, PLAINTIFFS-RESPONDENTS, v. BURT J. ROSS, DEFENDANT-PETITIONER.

See same case below: 57 *N. J. Super.* 223.

*Messrs. Ross, Flowers & Gladden* for the petitioner.

*Mr. David D. Furman* and *Mr. Lee A. Holley* for the respondents.

December 14, 1959.   Denied.

LUCILE RADFORD, PETITIONER-PETITIONER, v. UNITED SAVINGS AND LOAN ASSOCIATION, RESPONDENT-RESPONDENT.

*Messrs. Richman & Berry* for the petitioner.

*Messrs. Mead, Gleeson, Hansen & Pantages* for the respondent.

January 4, 1960.   Denied.